UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case Number 16-20089
                                        Honorable David M. Lawson

v.

QUIENN LAVAR BRIDGES,

        Defendant.
_____/

## ORDER CONTINUING EVIDENTIARY HEARING AND DIRECTING THE DEFENDANT TO PRODUCE GARMENTS

On March 28, 2016, the defendant filed a motion to suppress evidence of two guns, ammunition, and a confession made subsequent to his arrest on January 13, 2016. The Court held an evidentiary hearing on June 8, 2016. At the hearing, the police officers described the clothing that the defendant wore on the night of the arrest, and testified that a gun was visible in the defendant's pants pocket. The defendant testified that he wore a trench coat that evening, and that he still is in possession of that coat, per witness Tameca McKay.

Examining the defendant's garments worn on the night of his arrest would aid the Court in resolving the defendant's motion. The Court will therefore continue the hearing on the defendant's motion to permit him to produce the coat and pants he wore on the night of the arrest.

Accordingly, it is **ORDERED** that the hearing on the defendant's motion to suppress is **CONTINUED** to **June 20, 2016 at 9:00 a.m.**

It is further **ORDERED** that the defendant must produce the coat and pants he was wearing

at the time of his arrest on January 13, 2016.

                                                                             s/David M. Lawson  
                                                                             DAVID M. LAWSON  
                                                                             United States District Judge

Dated:   June 14, 2016

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 14, 2016.

                                        s/Susan Pinkowski  
                                        SUSAN PINKOWSKI